UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

ONE CHURCH STREET, RM B-110

MONTGOMERY, ALABAMA 36104

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 27, 2019

# CLERK'S NOTICE OF VOLUNTARY DISMISSAL

Re: Golden Rule Fasteners, Inc. v. Best Materials, LLC

Civil Action No. 2:19-cv-00168-MHT

Pursuant to the #5 Notice of Voluntary Dismissal filed by Plaintiff Golden Rule Fasteners, Inc. on 3/27/2019, this case is dismissed without prejudice without an order of the court.